```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
              -v-                                                 :     23-CR-145 (JMF)
                                                                  :
CLISANDRO MENDEZ,                                                 :        ORDER
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include mental health evaluation and treatment as directed by Pretrial Services.

    SO ORDERED.

Dated: August 21, 2023
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge